

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00744-CR

Marshall Hondo **RILEY,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-166-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

After this court granted two extensions totaling forty-six days, appellant's brief was due to be filed on February 28, 2020. On March 1, 2020, appellant filed a brief and a "Motion to Permit Late-Filed Brief." The motion is GRANTED. It is ORDERED that appellant's brief filed March 1, 2020 is accepted as timely.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court